IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MOSHOOD AYINDE APATA,

      Appellant,

v.
                                        Case No.  5D23-399
                                        LT Case No. 2017-CF-005289

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 11, 2023

3.850 Appeal from the Circuit Court
for Duval County,
R. Anthony Salem, Judge.

Rachael E. Reese, of O'Brien
Hatfield Reese, PA, Tampa,  for
Appellant.

Ashley Moody, Attorney General,
and Darcy Townsend, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

      AFFIRMED.


EDWARDS, C.J., BOATWRIGHT and MACIVER, JJ., concur.